UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daniel Eugene Brantley**                                   **Docket No. 5:03-CR-132-1BO**

## Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daniel Eugene Brantley, who, upon an earlier plea of guilty to Possession with Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and Felon in Possession of a Firearm, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on February 27, 2004, to the custody of the Bureau of Prisons for a term of 360 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On November 3, 2008, the defendant's period of imprisonment was reduced from 360 to 188 months, and all other conditions of the original sentence remained in effect.

Daniel Eugene Brantley was released from custody on November 01, 2013, at which time the term of supervised release commenced.

On June 20, 2014, the court was notified of the defendant's arrest for the offense of Assault on a Female. Supervision was continued with no action as the charge was dismissed within weeks of the defendant's arrest.

The term of supervised release was modified on June 21, 2016, to add 40 hours of community service work as a result of the defendant failing to notify the probation officer of three charges of Driving While License Revoked, as well as a charge of Driving While Impaired he had incurred.

On July 20, 2016, the court was notified, via a Violation Report, that the defendant had tested positive for marijuana on June 17, 2016, and the defendant admitted using the drug. Supervision was continued with a referral for substance abuse treatment, which the defendant continues to participate in, with no additional punitive sanction due to the defendant having recently been ordered to complete 40 hour of community service work.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 24, 2016, the defendant was charged with Driving While License Revoked and Fictitious/Altered Title/Registration Card/Tag in Johnston County, North Carolina. The defendant stated he was driving a car to a mechanic before deciding whether or not to purchase the car, and he was stopped by the police along the way. The defendant has been verbally reprimanded for his decision to continue driving without a license. He has been warned that his continued noncompliance will result in a return to court for revocation proceedings. However, at this time, it is recommended the defendant serve a 5-day period of intermittent confinement in the custody of the Bureau of Prisons and abide by all of the rules and regulations of the facility he is designated to. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Daniel Eugene Brantley
Docket No. 5:03-CR-132-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Jeffrey L. Keller                     /s/ Scott Plaster
Jeffrey L. Keller                         Scott Plaster
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8808
                                          Executed On: October 7, 2016

## ORDER OF THE COURT

Considered and ordered this ___12___ day of __October__, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge